

Matthew M. Haar
Phone: (717) 257-7508
Fax: (717) 257-7581
mhaar@saul.com
www.saul.com

November 6, 2013

*Via ECF Filing*
Hon. Richard P. Conaboy
United States District Court
  for the Middle District of Pennsylvania
235 North Washington Avenue
Scranton, PA 18501-0189

Re: **Calandrello v. Sentinel Insurance Company**
    No. 3:13-cv-134

Dear Judge Conaboy:

I represent the Defendant, Sentinel Insurance Company, in the above-referenced action. Following up on my call to your chambers yesterday afternoon, the parties have an agreement to settle the matter, which counsel are now in the process of appropriately memorializing in writing.

Thank you for your consideration of this matter.

Respectfully,

Matthew M. Haar

cc: Matthew B. Weisberg, Esq./Graham F. Baird, Esq. (Counsel for Plaintiffs)(via ECF filing)
    Amy L. Piccola, Esq.